IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUTH & RONALD HERBEL, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>CITY OF MARION, KANSAS, *et al.*, )<br>)<br>)<br>*Defendants*. )<br>)<br>_____ ) | Case No. 24-2224-HLT-GEB |

**Plaintiffs' Response to the Show-Cause Order re: Consolidation**

On June 18, 2024, this Court ordered Plaintiffs to show cause why their case should not be consolidated with *Debbie K. Gruver v. Gideon Cody*, No. 23-1179; *Phyllis J. Zorn v. City of Marion*, No. 24-2044; *Cheri Bentz v. City of Marion*, No. 24-2120; and *Eric Meyer v. City of Marion*, 24-2122. The order noted that this Court has already consolidated the other four cases for pretrial purposes to promote judicial economy.

Plaintiffs do not object to this Court also consolidating their case, for the sole purpose of pretrial proceedings, with the other cases that arose from a similar nucleus of facts. Plaintiffs note, however, that some facts, claims, and parties differ between their case and the various cases filed by the *Marion County Record*'s publisher and staff. Accordingly, Plaintiffs just wish to ensure

that any consolidation order will not limit the scope of their discovery. With that caveat, Plaintiffs consent to consolidation.

Respectfully submitted,

| | |
|---|---|
| **INSTITUTE FOR JUSTICE** | GOODWIN JOHNSTON LLC |
| | By: */s/ Andrew J. Goodwin* |
| Jared McClain* | Andrew J. Goodwin (25819) |
| (D.C. 1720062) | drew@goodwinjohnston.com |
| Michael B. Soyfer* | Matthew A. Johnston (28292) |
| (N.Y. 5488580, D.C. 230366) | matt@goodwinjohnston.com |
| 901 N. Glebe Rd., Suite 900 | 1100 Main St., Suite 2201 |
| Arlington, VA 22203 | Kansas City, Missouri 64105 |
| T: (703) 682-9320 | T: (816) 994-7500 |
| F: (703) 682-9321 | F: (816) 994-7507 |
| jmcclain@ij.org | |
| msoyfer@ij.org | |

*pro hac vice

*Attorneys for Plaintiffs*

2