**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

RUTH C. HERBEL & RONALD D. HERBEL,    )
              )
        *Plaintiffs*,        )
              )
v.              )
              )
CITY OF MARION, KANSAS; FORMER    )    Case No:  2:24-cv-02224-HLT-GEB
MARION MAYOR DAVIDMAYFIELD,    )
officially and individually; FORMER MARION  )
POLICE CHIEF GIDEON CODY, officially    )
and individually; ACTING MARION POLICE  )
CHIEF ZACH HUDLIN, officially and    )
individually; MARION COUNTY SHERIFF    )
JEFF SOYEZ, officially and individually;    )
MARION COUNTY SHERIFF'S DETECTIVE  )
AARON CHRISTNER, individually; MARION  )
COUNTY SHERIFF'S DETECTIVE STEVE    )
JANZEN, individually; MARION MAYOR    )
MICHAEL POWERS, Officially; MARION    )
BOARD OF COUNTY COMMISSIONERS;    )
              )
        *Defendants*.       )
_____)

**UNOPPOSED MOTION FOR EXTENSION FOR DEFENDANTS CODY, MAYFIELD,
HUDLIN, POWERS AND CITY OF MARION, KS
TO FILE THEIR ANSWER OR OTHERWISE RESPOND**

COME NOW Defendants Gideon Cody (Cody), David Mayfield (Mayfield), Zachariah

"Zach" Hudlin (Hudlin), Michael Powers (Powers) and the City of Marion, Kansas (the City), by

and through their counsel, Edward L Keeley and Jennifer M. Hill of McDonald Tinker PA, and

respectfully move the Court for an order granting Defendants until and including July 16, 2024, in

which to file their Answer or otherwise respond to Plaintiff's Complaint. Plaintiff's Complaint

consists of **88 pages** and **577 paragraphs** of allegations against these and other Defendants. In

support of this motion these Defendants state as follows:

1.    Plaintiff filed a Complaint on May 28, 2024. Defendants Cody, Mayfield, Hudlin,

Powers and City of Marion, Kansas must file an Answer or otherwise respond to Plaintiff's Complaint by July 8, 2024, after the automatic 14-day extension.

2.    The reason for this requested extension is that one counsel (Mr. Keeley) for Defendants had a surgical procedure on June 19th which took him out of the office for a period of time and as a result of which he is still recovering despite returning to the office. The other counsel for Defendants (Ms. Hill) is out-of-state until July 8th on a trip which had been planned and booked for many months. In addition, the July 4th holiday has resulted in many McDonald Tinker staff members taking vacation this week.

3.    Counsel is also representing these same Defendants in three companion cases filed in 2024: *Meyer, et. al. v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2122-DDC-GEB; *Zorn v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-02044-DDC-GEB and *Bentz v. Cody, et. al.,* U.S. District Court for the District of Kansas, Case No. 2:24-cv-2120-DDC-GEB. Defendants' counsel recently filed a comprehensive motion to dismiss in the *Bentz* case on June 11, 2024, which took up much of their time in early June.

4.    Defendants have consulted with counsel for the Plaintiff who does not oppose the requested extension.

5.    The requested new date to Answer or otherwise respond to Plaintiff's Complaint is July 16, 2024, which is just 8 days beyond the current deadline.

6.    This is the first request for extension of time on this deadline other than the automatic extension and the request herein is supported by good cause.

7.    This request for extension is made in good faith and not for purpose of delay.

WHEREFORE, by reason of the above and foregoing, Defendants Cody, Mayfield, Hudlin, Powers and the City of Marion, Kansas, respectfully request an extension of time until and

including July 16, 2024 for these Defendants to file an Answer or otherwise respond to Plaintiff's Complaint in this case.

Respectfully submitted,

s/ Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213
Scott M. Ufford,#27524
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851
F: (316) 263-4677
E: ekeeley@mcdonaldtinker.com
jhill@mcdonaldtinker.com
*Attorneys for Defendants Cody, Mayfield,*
*Hudlin, Powers and City of Marion, Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2024, I presented the foregoing **Unopposed Motion for Extension for Defendants to Respond** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following:

*Andrew J. Goodwin*
*Matthew A. Johnston*
*1100 Main St., Suite 2201*
*Kansas City, Missouri 64105*
drew@goodwinjohnston.com
Matt@goodwinjohnston.com
   *Attorney for Plaintiffs*
*Jeffrey M. Kuhlman, #26825*
*1321 Main Street - Suite 300*
*P.O. Drawer 1110*
*Great Bend, Kansas 67530*
*Attorneys for Defendants,*
*Aaron Christner & Jeff Soyez,*
*Marion Board of County Commissioners*

*Jared McClain*
*Michael Soyer*
*901 N. Glebe Rd., Suite 900*
*Arlington, VA 22203*
jmclain@ij.org
msoyfer@ij.org
*pro hac vice attorneys for Plaintiffs*

s/ Edward L. Keeley
Edward L. Keeley,#09771