# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUTH C. HERBEL & RONALD D. HERBEL, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> CITY OF MARION, KANSAS, et al. ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 2:24-cv-02224-HLT-GEB |

## NOTICE OF PROVISIONAL UNDER-SEAL FILING

Defendants City of Marion, Kansas, David Mayfield, Gideon Cody, Zach Hudlin and Michael Powers by and through their attorneys Edward L. Keeley and Jennifer M. Hill of McDonald Tinker PA, pursuant to D. Kan. Rule 5.4.2(b), hereby provide notice that it has provisionally filed a document under seal and states:

1. City Defendants has made the following provisional under-seal filing:

    a. ECF No. 31-Attachment 1

2. City Defendants contend that the document should remain under seal and will not take any further affirmative actions to place the document in the public record.

3. City Defendants identify that the document is correspondence from the Kansas Department of Revenue and has private personal information of a third party not a party in the case at bar.

Respectfully submitted:

/s/Edward L. Keeley
Edward L. Keeley, #09771
Jennifer M. Hill, #21213


MCDONALD TINKER PA
300 West Douglas Avenue, Suite 500
Wichita, Kansas 67202
T: (316) 263-5851; F: (316) 263-4677
E: ekeeley@mcdonaldtinker.com
E: jhill@mcdonaldtinker.com
*Attorneys for City Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of July 2024, a true and correct copy of the above and foregoing **NOTICE OF PROVISIONAL UNDER-SEAL FILING** was filed with Court's CM/ECF system which will send notification to counsel for counsel of record for all parties as follows:

Jeffrey L. Kuhlmann
WATKINS CALCARA, CHTD.
1321 Main Street – Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Tel: (620) 792-8231
Fax: (620) 792-2775
Email: jkuhlman@wcrf.com
*Attorneys for Defendants The Board of County Commission of Marion County, KS, Sheriff Jeff Soyez, Aaron Christner*

Andrew J. Goodwin
Matthew A. Johnston
1100 Main St., Suite 2201
Kansas City, Missouri 64105
drew@goodwinjohnston.com
Matt@goodwinjohnston.com
*Attorney for Plaintiffs*

Jared McClain
Michael Soyer
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
jmclain@ij.org
msoyfer@ij.org
*Pro hac vice attorneys for Plaintiffs*

/s/ Edward L. Keeley
Edward L. Keeley, #09771