# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

RUTH C. HERBEL, et al.,

    Plaintiffs,

v.

CITY OF MARION, et al.,

    Defendants.

Case No. 2:24-CV-02224

### DEFENDANTS MARION CO. BOARD OF COMMISSIONERS, JEFF SOYEZ AND AARON CHRISTNER'S MOTION FOR EXTENSION OF TIME TO RESOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION AND LEAVE TO AMEND

COME NOW the defendants Marion Co. Board of Commissioners, Jeff Soyez and Aaron Christner, by and through Jeffrey M. Kuhlman of the law firm of Watkins Calcara, Chtd., their attorneys, and move the Court for an order allowing an extension of time of two (2) weeks in which to respond to Plaintiffs' Motion for Reconsideration and Motion to Amend (ECF 51).

IN SUPPORT of this motion, these Defendants state as follows:

1. Plaintiffs filed a Motion for Reconsideration and Leave to Amend on December 13, 2024 (Doc. 51).

2. The dual nature of Plaintiffs' motion makes it unclear when Defendants' response is due. Under D. Kan. R. 6.1(d)(4), Defendants' response to Plaintiffs' motion for leave to amend their Complaint would be due on December 27, 2024. But under D. Kan. R. 6.1(d)(3), no response to a motion for reconsideration is due unless or until the Court establishes a response deadline.

3. To the extent these Defendants are required to respond to Doc. 51 on or before December 27, 2024, they request an extension of time to do so until at least January 17, 2025.

4. Plaintiffs' motion is 17 pages long with an attached proposed Amended Complaint

(ECF 51-1) that is 89 pages long with 606 paragraphs, and the motion also includes an additional 196 pages of exhibits (ECF 53).

5. The time frame in which to respond to the Motion is during the Christmas holiday season, in which counsel for the Defendants will be traveling and out of the office for family obligations.

6. Additionally, counsel for Defendant has the following deadlines and events in the coming three weeks.

   a. Extensive discovery responses, document production, and deposition preparation in the matter of *Duncan v. City of Topeka*, 2:24-cv-02336-DDC-AMD.

   b. Submission of a proposed pretrial order, and a pretrial conference, in the matter of *Galindo v. Adrian*, et al., 2:22-cv-02414-DDC-RES;

   c. Submission of a proposed pretrial order, and a pretrial conference, in the matter of *Johnson v. Smith*, 6:22-cv-01243-KHV-ADM;

   d. A mediation and two hearings in various matters pending in Kansas state court.

7. Because of the above-referenced issues, to the extent a response to Doc. 51 is due on or before December 27, 2024, these Defendants request an extension of time until at least January 17, 2025, to respond to the Motion.

8. These Defendants have consulted with counsel for Plaintiffs, and he does not object to this request.

9. Pursuant to D. Kan. R. 6.1(a), these Defendants assert that:

   a. Plaintiffs have been consulted and does not oppose the extension to this request.

   b. It is unclear whether these Defendants have a due date for a responsive pleading, but arguably, a deadline to respond to Plaintiffs' motion for leave to amend is currently due on December 27, 2024.

   c. No previous extension for this deadline has been requested.

   d. This request is supported by good cause.

10. This motion is filed more than 3 days before the current deadline, in compliance D.

Kan. R. 6.1(a).

WHEREFORE, Defendants Jeff Soyez, Aaron Christner, and the Board of County Commissioners of Marion County, Kansas request an Order extending their time to file a response to Plaintiffs' Motion to Reconsider and Leave to Amend until at least January 17, 2024.

Respectfully submitted,

WATKINS CALCARA, CHTD.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
(620) 792-8231 Fax (620) 792-2775
jkuhlman@wcrf.com
Attorney for the Sheriff Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2024, I electronically filed the above and foregoing Response by using the CM/ECF system which will send a notice of electronic filing to registered counsel.

/s/ JEFFREY M. KUHLMAN
Jeffrey M. Kuhlman, #26865

3