# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUTH & RONALD HERBEL, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF MARION, KANSAS, *et al.*, | ) Case No. 24-2224-HLT-GEB |
| | ) |
| | ) |
| *Defendants*. | ) |
| | ) |
| _____ | ) |

**Plaintiffs' Motion to Supplement Their Motion for Reconsideration & Leave to Amend**

Plaintiffs Ruth and Ronald Herbel file this brief motion to supplement their pending motion for reconsideration and leave to amend (ECF #) because they have discovered even more new evidence in support of their claims.

## BACKGROUND

On December 13, 2024, Plaintiffs Ruth and Ronald Herbel filed a motion asking this Court to reconsider its decision to partially dismiss their complaint with prejudice and to grant leave to amend their complaint to include newly discovered evidence. ECF 51–52. The motion raised new evidence from the 50,000-page investigative record from the Special Prosecutors appointed to consider bringing charges over the Marion raids. ECF 53.

The City and County, respectively, asked for additional time to respond to the motion—with each set of Defendants eventually receiving until Friday, January 17, to respond. *See* ECF 54–59.

Since the Herbels filed their motion based on the Special Prosecutors' trove of evidence, they have obtained even more new evidence that was previously unavailable and would materially impact this Court's decision on a motion to dismiss. Specifically, the Herbels obtained a copy of a text message that then-Mayor David Mayfield sent to then-City Administrator Brogan Jones on Tuesday, August 8, in advance of the illegal raids. *See* Ex. A (a copy of the text message). The message states, in relevant part: "I went and visited with Cody and the sheriff and I told Cody I was behind him and his investigation 100 percent. Can't wait to see how this plays out."

On Wednesday, January 8, the Herbels shared a copy of this message with counsel for the City and County, respectively, and let them know that they planned to file this short motion to supplement and plan to reference the text message in their reply in support of their motion for reconsideration.

1

### A. Mayfield's Text Message Is Yet More New Evidence

Mayfield's text message comes from the *Marion County Record* state-court lawsuit over the City's failure to produce documents responsive to a Kansas Open Records Act ("KORA") request back in October 2023. This evidence was previously undiscoverable because the City seemingly did not believe that KORA required it to produce communications between the mayor and city administrator about the city's plan to raid the mayor's political rivals. *See Ankeney v. Zavaras*, 524 F. App'x 454, 458 (10th Cir. 2013); *Comm. for First Amend. v. Campbell*, 962 F.2d 1517, 1523-24 (10th Cir. 1992).

### B. Mayfield's Text Message Shows His Knowledge, Approval, & Participation

Much like all the other new evidence that the Herbels raised in support of their motion for reconsideration and leave to amend, this text message is further proof that Mayfield met with Chief Cody and Sheriff Soyez as they planned the raids, that Mayfield was aware of law enforcement's plan, and that he supported the plan. *See* ECF 51 at 8–9. Evidence continues to pile up in support of the Herbels' plausible claim that—despite Mayfield's self-serving claim that he stayed out of the investigation—the mayor was fully aware of precisely how his police chief planned to carry out his order to "investigate" his political rivals, even when it should have been obvious that the investigation lacked any legitimate basis.

### CONCLUSION

Based on all the previously unavailable evidence, the Herbels respectfully ask this Court to reconsider its decision to dismiss with prejudice and to grant them leave to amend. There is more than enough to show their claims are plausible.

Date: January 13, 2024

Respectfully submitted,

| | |
|---|---|
| **INSTITUTE FOR JUSTICE** | GOODWIN JOHNSTON LLC |
| Jared McClain* |     */s/ Andrew J. Goodwin* |
| (D.C. 1720062) | Andrew J. Goodwin (25819) |
| Michael B. Soyfer* | drew@goodwinjohnston.com |
| (N.Y. 5488580, D.C. 230366) | Matthew A. Johnston (28292) |
| 901 N. Glebe Rd., Suite 900 | matt@goodwinjohnston.com |
| Arlington, VA 22203 | 1100 Main St., Suite 2201 |
| T: (703) 682-9320 | Kansas City, Missouri 64105 |
| F: (703) 682-9321 | T: (816) 994-7500 |
| jmcclain@ij.org | F: (816) 994-7507 |
| msoyfer@ij.org | |

*pro hac vice*

*Attorneys for Plaintiffs*

3

## Certificate of Service

I certify that on January 13, 2024, I filed the foregoing motion to supplement Plaintiffs' motion for reconsideration and leave to amend through the CM/ECF system, which sent an electronic copy to:

Jeffrey M. Kuhlman (26825)
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530

*Attorneys for the County Defendants*

Edward L. Keeley (09771)
Jennifer M. Hill (21213)
Scott M. Ufford (27524)
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202

*Attorneys for the City Defendants*

By:   /s/ Andrew J. Goodwin
       Andrew J. Goodwin (25819)

4