

> Brogan how are things going. Any new arrivals yet?
> I went and visited with Cody and the sheriff and I told Cody I was behind him and his investigation 100 percent. Can't wait to see how this plays out. I guess I owe you an apology, while I was there Cody asked me about what I offered him regarding vacation and sick leave. I remembered when you asked me if we had a contract with Cody and I told you no. I should have asked you why you wanted to know but didn't. The night we interviewed





EXHIBIT A



> what I offered him regarding vacation and sick leave. I remembered when you asked me if we had a contract with Cody and I told you no. I should have asked you why you wanted to know but didn't. The night we interviewed him after he left we went back into executive session and the council agreed to offer him the same vacation and sick leave time we gave you and I called him after the meeting and offered him the position along with the vacation and sick leave and he accepted. Sorry I didn't let you know that as I kinda forgot about it. Please call the office tomorrow and advise



> same vacation and sick leave time we gave you and I called him after the meeting and offered him the position along with the vacation and sick leave and he accepted. Sorry I didn't let you know that as I kinda forgot about it. Please call the office tomorrow and advise whoever to give him 2 weeks vacation and right now I can't remember how much sick leave but it was the same as yours.
> Thanks
> David

I can do that! And she is here born at 5:45 tonight. I will call in the morning and have that setup









Yes sir all mention it to all when I call for council calls

We just got here and left at 8 this morning. Don't think I will make it back in time for the meeting. It would be around 7 pm

Okay sounds good! And you enjoy that vacation!

Enjoy the meeting

I will try!

Aug 18, 2023 at 7:28 PM

Give me call when u can no hurry

Aug 19, 2023 at 9:19 AM

