**Scott Ufford**

| | |
|---|---|
| **From:** | Jennifer M. Hill |
| **Sent:** | Thursday, August 15, 2024 4:15 PM |
| **To:** | Rhodes, Bernie; Ed Keeley; blake.shuart@huttonlaw.com; Randy Rathbun (Randy@depewgillen.com); Eric Weslander; Jared McClain |
| **Cc:** | Scott Ufford |
| **Subject:** | RE: Special Prosecutors' documents |

That is fine, thank you. Jennifer Hill

**From:** Rhodes, Bernie <bernie.rhodes@lathropgpm.com>
**Sent:** Thursday, August 15, 2024 3:59 PM
**To:** Jennifer M. Hill <JHill@mcdonaldtinker.com>; Ed Keeley <EKeeley@mcdonaldtinker.com>; blake.shuart@huttonlaw.com; Randy Rathbun (Randy@depewgillen.com) <Randy@depewgillen.com>; Eric Weslander <eweslander@stevensbrand.com>; Jared McClain <jmcclain@ij.org>
**Subject:** Special Prosecutors' documents

Now that Gideon Cody has been formally charged, Barry Wilkerson, the special prosecutor, has agreed to provide the parties to the civil suits with copies of the documents the prosecutors reviewed in preparing their report. Due to the size of the file, I have offered for him to provide me with one copy and I will then provide copies to everyone else. Does not anyone object to this procedure? Thanks.



**Bernie Rhodes**
Partner

Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618
Direct: 816.460.5508
bernie.rhodes@lathropgpm.com
lathropgpm.com

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

CITY EXHIBIT 1