IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUTH & RONALD HERBEL, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 24-2224-HLT-GEB |
| CITY OF MARION, KANSAS, *et al.*, | ) |
| *Defendants*. | ) |

**Stipulation of Plaintiffs' Dismissal of Claims Against Defendant Steven Janzen**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Ruth and Ronald Herbel submit this stipulation, signed by counsel for all parties, to dismiss their claims against Defendant Steven Janzen.

When the Herbels filed their motion for reconsideration and leave to amend on December 13, 2024, they noted that the newly discovered evidence convinced them to dismiss their claims against Defendant Steven Janzen. ECF 51 at 4 & n.3. Although the Herbels maintain that a reasonable officer in Janzen's position would have reviewed the warrants and realized there was no legitimate basis to seize the Herbels or their electronic devices, the Herbels now believe that Janzen was not morally culpable to the same extent as the remaining Defendants. Accordingly, the Herbels choose to voluntarily dismiss their claims against Janzen.

Date: February 3, 2025

Respectfully submitted,

| | |
|---|---|
| **INSTITUTE FOR JUSTICE** | GOODWIN JOHNSTON LLC |
| Jared McClain* | By:    */s/ Andrew J. Goodwin* |
| (D.C. 1720062) | Andrew J. Goodwin (25819) |
| Michael B. Soyfer* (N.Y. 5488580, | drew@goodwinjohnston.com |
| D.C. 230366) | Matthew A. Johnston (28292) |
| 901 N. Glebe Rd., Suite 900 | matt@goodwinjohnston.com |
| Arlington, VA 22203 | 1100 Main St., Suite 2201 |
| T: (703) 682-9320 | Kansas City, Missouri 64105 |
| F: (703) 682-9321 | T: (816) 994-7500 |
| jmcclain@ij.org | F: (816) 994-7507 |
| msoyfer@ij.org | |
| **pro hac vice* | *Attorneys for the Herbels* |

   /s/  *Jeffrey M. Kuhlman*              /s/ *Jennifer M. Hill*
Jeffrey M. Kuhlman (26825)       Edward L. Keeley (09771)
1321 Main Street - Suite 300       Jennifer M. Hill (21213)
P.O. Drawer 1110                         Scott M. Ufford (27524)
Great Bend, Kansas 67530           McDONALD TINKER PA
                                                       300 West Douglas, Suite 500
*Attorneys for the County Defendants*   Wichita, KS 67202

*Attorneys for the City Defendants*

## Certificate of Service

I certify that on February 3, 2025, I filed the foregoing stipulation of dismissal through the CM/ECF system, which sent an electronic copy to:

| | |
|---|---|
| Jeffrey M. Kuhlman (26825) | Edward L. Keeley (09771) |
| 1321 Main Street - Suite 300 | Jennifer M. Hill (21213) |
| P.O. Drawer 1110 | Scott M. Ufford (27524) |
| Great Bend, Kansas 67530 | McDONALD TINKER PA |
| | 300 West Douglas, Suite 500 |
| *Attorneys for the County Defendants* | Wichita, KS 67202 |
| | |
| | *Attorneys for the City Defendants* |

By:    */s/ Andrew J. Goodwin*
      Andrew J. Goodwin (25819)