IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUTH C. HERBEL, et al., | |
| Plaintiffs, | |
| v. | Case No. 2:24-cv-02224-HLT-GEB |
| MARION, KANSAS, CITY OF, et al., | |
| Defendants. | |

**CONSENT JUDGMENT**

This matter comes before the Court on the Joint Motion for Consent Judgment. Doc. 74. Plaintiffs Ruth and Ronald Herbel appear by and through their counsel of record. Defendants Aaron Christner, Jeff Soyez, and the Marion County Board of County Commissioners appear by and through their counsel of record. There are no other appearances. Pursuant to this consent judgment, the Court grants the joint motion.

Pursuant to the parties' agreement, it is ordered, adjudged, and decreed that:

1. In Counts I and II of the Complaint, Plaintiff Ruth Herbel alleges that Sheriff Soyez, Detective Christner, and Marion County violated her First and Fourteenth Amendment rights by participating in a retaliatory search and seizure.

2. In Counts III and IV of their Complaint, Plaintiffs allege that Sheriff Soyez, Detective Christner, and Marion County violated their Fourth and Fourteenth Amendment rights by participating in an unreasonable search and seizure.

3. In Count V of their Complaint, Plaintiffs allege that Sheriff Soyez and Detective Christner engaged in a conspiracy to violate their First, Fourth, and Fourteenth Amendment rights.

4. The above-named Defendants consent to judgment on Counts I, II, III, IV, and V in the amount of Six Hundred Fifty Thousand Dollars ($650,000.00).

THE COURT THEREFORE ORDERS that the Joint Motion for Consent Judgment (Doc. 74) is GRANTED. The Court enters judgment against Defendants Christner, Soyez, and the Marion County Board of County Commissioners in the amount of $650,000.00.

IT IS FURTHER ORDERED that this Court shall retain continuing jurisdiction to enforce the terms of the parties' settlement agreement.[1]

IT IS SO ORDERED.

Dated: November 18, 2025               /s/ *Holly L. Teeter*
                                       HOLLY L. TEETER
                                       UNITED STATES DISTRICT JUDGE

---

[1] As reflected in the motion, there are other claims and parties not affected by this Consent Judgment. Doc. 74 at 1.

2