IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUTH C. HERBEL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | Case No. 2:24-cv-02224-HLT-GEB |
| ) | |
| MARION, KANSAS, CITY OF, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

COMES NOW Attorney Andrew Goodwin and hereby withdraws as counsel of record for Ruth C. Herbel and Ronald D. Herbel, pursuant to D. Kan. 83.5.5(c). Further, Attorney Maxwell E. Kautsch hereby enters his appearance as substituting counsel of record for Ruth C. Herbel and Ronald D. Herbel. All Plaintiffs have been notified by email.

Respectfully submitted,

GOODWIN JOHNSTON LLC
By: /s/ Andrew J. Goodwin

Andrew J. Goodwin (25819)
drew@goodwinjohnston.com
Matthew A. Johnston (28292)
matt@goodwinjohnston.com
11141 Overbrook Road, Suite 102
Leawood, Kansas 66211
T: (816) 994-7500
F: (816) 994-7507
Attorneys for the Herbels

KAUTSCH LAW, LLC

By: /s/ Maxwell E. Kautsch
Kautsch Law, LLC

1

2

        Maxwell E. Kautsch (21255)
810 Pennsylvania Street, Ste. 207
Lawrence, Kansas 66044
(785) 840-0077
fax (785) 842-3039
maxk@kautschlaw.com
Attorney for the Herbels

## CERTIFICATE OF MAILING

On November 21, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

Edward L. Keeley (09771)
Jennifer M. Hill (21213)
Scott M. Ufford (27524)
McDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, KS 67202
Attorneys for the City Defendants

Jeffrey M. Kuhlman (26825)
1321 Main Street - Suite 300
P.O. Drawer 1110
Great Bend, Kansas 67530
Attorneys for the County Defendants

/s/ Maxwell E. Kautsch
_____
Kautsch Law, LLC