IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUTH C. HERBEL and<br>RONALD D. HERBEL<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY OF MARION, KANSAS, et al.,<br><br>　　　　Defendants, | )<br>)<br>)<br>)<br>)　Case No. 2:24-cv-02224-HLT-GEB<br>)<br>)<br>)<br>) |

**SATISFACTION OF JUDGMENT**

COMES NOW Ruth Herbel, individually and as duly appointed attorney-in-fact of Ronald Herbel, and acknowledges receipt of payment, in the amount of $650,000.00, as full and complete satisfaction of the judgment rendered against the Board of County Commissioners of Marion County, Kansas, Jeff Soyez, both in his individual capacity and as Sheriff of Marion County, Kansas, and Aaron Christner, and states that the judgment has been satisfied in full and that the same may be released of record.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Maxwell E. Kautsch
　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Kautsch Law, LLC
　　　　　　　　　　　　　　　　　　By Maxwell E. Kautsch #21255
　　　　　　　　　　　　　　　　　　810 Pennsylvania Street, Ste. 207
　　　　　　　　　　　　　　　　　　Lawrence, Kansas 66044
　　　　　　　　　　　　　　　　　　(785) 840-0077
　　　　　　　　　　　　　　　　　　fax (785) 842-3039
　　　　　　　　　　　　　　　　　　maxk@kautschlaw.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs